### WINDHAM COUNTY, MARCH TERM, A. D. 1785.

### CARPENTER v. CRANE.

A note given on Saturday night is good.

ACTION on a note, dated the 29th of December. The defendant plead in bar, that said note was executed on the 30th of December which was Sunday or Lord's day, and not on the 29th of said December the day it bears date.

The plaintiff replied, that the defendant's brother was pursued and arrested by the plaintiff for a theft, charged to have been committed on Saturday the 29th near night, and the plaintiff was about to have him committed to goal, when the defendant interposed for the relief of her brother, and a negotiation for a settlement commenced between the parties, and continued until about two o'clock on Saturday night, when it was completed, and the note was then executed and given to the plaintiff, in satisfaction of the damages and cost, and to procure the release and discharge of her said brother — without that, that said note was executed and given on the 30th of said December which was Lord's day. Demurrer.

Judgment — That the reply of the plaintiff is sufficient and for the plaintiff to recover; for that said note was given in the night season preceding the Sabbath, when there is no law

which expressly forbids it, or that declares such note to be void — and in this particular case, it appeared to be an interference to prevent the imprisonment of the brother.